## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **KEVIN W. ROSS, on Behalf of Himself and All Others Similarly Situated,**<br><br>             Plaintiff,<br><br>     vs.<br><br>**RESCARE, INC., et al,**<br><br>             Defendants. | CASE NO. 3:11-CV-00083-JGH<br><br>UNITED STATES DISTRICT JUDGE<br>JOHN G. HEYBURN II |

## ORDER AND JUDGMENT

Upon review of Plaintiff's Motion for Leave to File First Amended Class Action Complaint, the Court having considered applicable law and argument finds Plaintiff's Motion well-taken and it is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his First Amended Class Action Complaint within five (5) days of this Order.

_____
UNITED STATES DISTRICT JUDGE
JOHN G. HEYBURN II

Tendered by:

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Dennis M. O'Toole
Anthony R. Pecora
Matthew A. Dooley
5455 Detroit Road
Sheffield Village, Ohio 44054

*Counsel for Kevin Ross and the putative class*