IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KEVIN W. ROSS, on Behalf of Himself and All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RESCARE, INC., et al,**<br><br>Defendants. | CASE NO. 3:11-CV-00083-JGH<br><br><br><br>UNITED STATES DISTRICT JUDGE<br>JOHN G. HEYBURN II |

## PROPOSED ORDER

The titled *Plaintiffs' Unopposed Motion for Modification of Current Briefing Schedule* ("Motion"), having come before this Court for consideration; this Court having considered the Motion, and the representations of counsel; and for good cause shown; IT IS HEREBY ORDERED that the Motion is GRANTED.  The briefing schedule is extended as follows:

- Plaintiffs' Opposition to Defendants' Motion to Dismiss to be filed on or before November 26, 2012. The deadline for Defendants' Reply to be extended accordingly.

- Plaintiffs' Opposition to Defendants' Motion to Stay to be filed on or before November 26, 2012. The deadline for Defendants' Reply to be extended accordingly.

- Plaintiffs' Reply to Defendants' Response in Opposition to Motion for Leave to File First Amended Complaint to be filed on or before November 26, 2012.

**SO ORDERED** and signed this ___ day of _____, 2012.

_____
Judge John G. Heyburn II
Western District of Kentucky