IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KEVIN W. ROSS, on Behalf of Himself and All Others Similarly Situated**<br><br>   Plaintiff,<br><br>   vs.<br><br>**RESCARE, INC., et al.**<br><br>   Defendants. | CASE NO. 3:11-CV-00083-JGH<br><br>UNITED STATES DISTRICT JUDGE<br>JOHN G. HEYBURN II |

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 54.1 of the United States District Court for the Western District of Kentucky, please take notice that Plaintiff Kevin Ross and Defendants, ResCare Inc. and ResCare Kansas, Inc., have reached a settlement in this matter. The parties request that the Court allow thirty (30) days to complete the settlement agreement, at which time the parties intend to file a joint stipulation dismissing Plaintiff's individual claims and this action with prejudice.

                                                Respectfully submitted,

| STUMPHAUZER | O'TOOLE | HAWKINS PARNELL THACKSTON & YOUNG LLP |
|---|---|
| /s/ Matthew A. Dooley | /s/ Brenton S. Bean |
| Matthew A. Dooley, Esq. | Eric A. Ludwig, Esq. |
| Dennis M. O'Toole, Esq. | Ronald G. Polly, Jr., Esq. |
| Anthony R. Pecora, Esq. | Brenton S. Bean, Esq. |
| 5455 Detroit Road | 4000 SunTrust Plaza |
| Sheffield Village, Ohio 44054 | 303 Peachtree Street, NE |
| Telephone: (440) 930-4001 | Atlanta, Georgia 30308-3243 |
| Facsimile: (440) 934-7208 | Telephone: (404) 614-7400 |
| Email: dotoole@sheffieldlaw.com | Facsimile: (404) 614-7500 |
|       apecora@sheffieldlaw.com | Email: eludwig@hptylaw.com |
|       mdooley@sheffieldlaw.com |       bbean@hptylaw.com |
| *Counsel for Plaintiffs* |       rpolly@hptylaw.com |

TACHAU MEEK PLC
David Tachau, Esq.
Brian F. Haara, Esq.
Katherine E. McKune, Esq.
3600 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202-3120

*Counsel for Defendants Res-Care, Inc. and Res-Care Kansas, Inc.*