UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KEVIN W. ROSS, et al.**                                                           **PLAINTIFF(S)**

**VS**                                                           **CIVIL ACTION NO. 3:11CV-83-H**

**RESCARE, INC., et al.**                                                           **DEFENDANT(S)**

### ORDER

Counsel having notified the Court of a settlement in this case (DN#57);

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: January 3, 2013

Copies:
All counsel