## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **KEVIN W. ROSS, on Behalf of Himself and All Others Similarly Situated,**<br><br>  Plaintiff,<br><br>vs.<br><br>**RESCARE, INC., et al,**<br><br>  Defendants. | CASE NO. 3:11-CV-00083-JGH<br><br>UNITED STATES DISTRICT JUDGE<br>JOHN G. HEYBURN II |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.  Defendants expressly stipulate to the dismissal.  Each Party shall bear his or its own costs and attorney fees.

                                        Respectfully submitted,

| | |
|---|---|
| STUMPHAUZER \| O'TOOLE | HAWKINS PARNELL THACKSTON & YOUNG LLP |
| /s/ Matthew A. Dooley<br>Matthew A. Dooley, Esq.<br>Dennis M. O'Toole, Esq.<br>Anthony R. Pecora, Esq.<br>5455 Detroit Road<br>Sheffield Village, Ohio  44054<br>Telephone:  (440) 930-4001<br>Facsimile:  (440) 934-7208<br>Email:     dotoole@sheffieldlaw.com<br>           apecora@sheffieldlaw.com<br>           mdooley@sheffieldlaw.com<br>*Counsel for Plaintiff* | /s/ Brenton Bean<br> Eric A. Ludwig, Esq.<br>Ronald G. Polly, Jr., Esq.<br>Brenton S. Bean, Esq.<br>4000 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, Georgia 30308-3243<br>Telephone: (404) 614-7400<br>Facsimile:  (404) 614-7500<br>Email:     eludwig@hptylaw.com<br>           bbean@hptylaw.com<br>           rpolly@hptylaw.com |

TACHAU MEEK PLC
David Tachau, Esq.
Brian F. Haara, Esq.
Katherine E. McKune, Esq.
3600 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202-3120

*Counsel for Defendants*