IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KEVIN W. ROSS, on Behalf of Himself and All Others Similarly Situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**RESCARE, INC., et al,**<br><br>Defendants. | CASE NO. 3:11-CV-00083-JGH<br><br>UNITED STATES DISTRICT JUDGE JOHN G. HEYBURN II |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice. Defendants expressly stipulate to the dismissal. Each Party shall bear his or its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| STUMPHAUZER \| O'TOOLE | HAWKINS PARNELL THACKSTON & YOUNG LLP |
| /s/ Matthew A. Dooley | /s/ Brenton Bean |
| Matthew A. Dooley, Esq. | Eric A. Ludwig, Esq. |
| Dennis M. O'Toole, Esq. | Ronald G. Polly, Jr., Esq. |
| Anthony R. Pecora, Esq. | Brenton S. Bean, Esq. |
| 5455 Detroit Road | 4000 SunTrust Plaza |
| Sheffield Village, Ohio 44054 | 303 Peachtree Street, NE |
| Telephone: (440) 930-4001 | Atlanta, Georgia 30308-3243 |
| Facsimile: (440) 934-7208 | Telephone: (404) 614-7400 |
| Email: dotoole@sheffieldlaw.com | Facsimile: (404) 614-7500 |
| apecora@sheffieldlaw.com | Email: eludwig@hptylaw.com |
| mdooley@sheffieldlaw.com | bbean@hptylaw.com |
| *Counsel for Plaintiff* | rpolly@hptylaw.com |

TACHAU MEEK PLC
David Tachau, Esq.
Brian F. Haara, Esq.
Katherine E. McKune, Esq.
3600 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202-3120

*Counsel for Defendants*